# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALVIN E. JEFFERSON, #Y59906,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**TAMMY GRIMES,** )<br>**CAPTAIN COLLINS,** )<br>**C/O WILLIAMS,** )<br>**RICHARD WATSON,** )<br>**and C/O FURTRELL,** )<br>)<br>**Defendants.** ) | Case No. 24-cv-01367-SMY |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice, the parties to bear their own costs.

**DATED**: November 12, 2024

                                                MONICA A. STUMP
                                              CLERK of COURT

                                              By: _s/ Megan Moyers,_
                                                      Deputy Clerk

APPROVED:  _s/ Staci M. Yandle_
                  Staci M. Yandle
                  United States District Judge